FILED

13 MAY 23 PM 3:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK JAVIER ROCHA (1),<br>KARIN BAMESBERGER (2),<br>MICHAEL HENRY MORENO (3),<br>WADE SELLERS (4),<br><br>Defendants. | Criminal Case No. 13CR1827-W<br><br>ORDER AND JUDGMENT<br>TO DISMISS THE INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

**IT IS HEREBY ORDERED**, that the indictment in the above-captioned case is dismissed without prejudice as to Defendant Wade Sellers (4).

DATED: 5/23/13

HONORABLE THOMAS J. WHELAN
United States District Court Judge